**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6168**

TERRENCE BERNARD HUTCHINS,

       Petitioner - Appellant,

   v.

WARDEN MILDRED L. RIVERA,

       Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  David C. Norton, District Judge. (8:12-cv-00436-DCN)

Submitted:  April 25, 2013         Decided:  April 30, 2013

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terrence Hutchins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Bernard Hutchins, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hutchins v. Rivera, No. 8:12-cv-00436-DCN (D.S.C. Jan. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2